UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY EVANS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRISTAR INNOVATIVE PRODUCTS INC., a Florida corporation; TRISTAR PRODUCTS INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No. 2:19-CV-00444-KJM-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Stacey Evans and Defendant Tristar Products Inc., also improperly named herein as Tristar Innovative Products, Inc. have fully and finally resolved all claims, disputes, and differences between the parties in this action.

IT IS HEREBY JOINTLY STIPULATED AND AGREED by Plaintiff and Defendant that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, and all claims asserted therein, is hereby dismissed with prejudice, with each side bearing their own fees and costs incurred therein.

IT IS SO STIPULATED.

Dated: March 16, 2020　　　　　　　　　**O'BRIEN & ZEHNDER**

　　　　　　　　　　　　　　　　　　　By: /s/ John O'Brien
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Stacey Evans*
　　　　　　　　　　　　　　　　　　　　　John M. O'Brien
　　　　　　　　　　　　　　　　　　　　　9401 E. Stockton Blvd., Suite 225
　　　　　　　　　　　　　　　　　　　　　T: 916-714-8200
　　　　　　　　　　　　　　　　　　　　　jobrien@ozlaw.com

| | |
|---|---|
| Dated: March 16, 2020 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | By: /s/ Elizabeth O'Brien |
| | *Counsel for Tristar Products Inc., also improperly named herein as Tristar Innovative Products, Inc.* |
| | Elizabeth A. O'Brien |
| | 3 Parkcenter Drive, Suite 200 |
| | Sacramento, CA 95825 |
| | T: 916-830-6541 |
| | eobrien@grsm.com |
| | |
| | By: /s/ Michael J. Lopes |
| | *Counsel for Tristar Products Inc., also improperly named herein as Tristar Innovative Products, Inc.* |
| | Michael J. Lopes |
| | 1 Battery Park Plaza 28th Floor |
| | New York, NY 10128 |
| | T: 212-453-0752 |
| | mlopes@grsm.com |